IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RACHEL JOSEPH, | : | |
| Plaintiff, | : | |
| vs. | : | CA 17-00329-C |
| ARKEMA, INC. *et al.*, | : | |
| Defendants. | : | |

## ORDER

On November 3, 2017, counsel for Defendant Net2Source, Inc., Sandy G. Robinson, Esquire, notified the undersigned's staff resolution has been reached by the parties that disposes of this action in its entirety. It is therefore **ORDERED** that this action be **DISMISSED** from the active docket of the Court, **with prejudice**, provided that any party may reinstate this action within thirty (30) days after the date of the entry of this Order if the settlement agreement or other appropriate settlement documentation is not consummated in the interim.

Provided no party reinstates this action, final judgment, as prescribed by Rule 58 of the Federal Rules of Civil Procedure, shall be deemed as entered on December 4, 2017. The parties are to bear their own costs, unless otherwise agreed.

**DONE** and **ORDERED** this the 3rd day of November 2017.

   s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**